23 cv 1875 WMW/DTS

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**RECEIVED**

JUN 20 2023

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Barnabas A. Yohannes,
    Plaintiff

vs.

Minnesota IT Services ("MNIT")
Defendants.

(1) Title VII of the Civil Rights
    Act of 1964;
(2) 42 U.S.C. § 1981;
(3) MN Human Rights Act.
(4) MN Fair Pay Act;
(5) MN Whistleblower Act;
(6) 18 U.S.C. § 216(b);

DEMAND FOR JURY TRIAL
YES <u>X</u>   NO ___

## EMPLOYMENT DISCRIMINATION COMPLAINT

### PARTIES

1.  List your name, address and telephone number. Do the same for any additional Plaintiffs.

    a.  Plaintiff

| | |
|---|---|
| Name | Barnabas A. Yohannes |
| Street Address | 2852 39th Ave. S. |
| County, City | Hennepin. Minneapolis |
| State & Zip Code | MN 55406 |
| Telephone Number | 651-587-4750 |

SCANNED
JUN 21 2023
U.S. DISTRICT COURT MPLS

2. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption.

    a. Defendant No. 1

| | |
|---|---|
| Name | Minnesota IT Services (MNIT) |
| Street Address | 658 Cedar St. |
| County, City | Ramsey, St Paul |
| State & Zip Code | MN 55155 |

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER. Check here if additional sheets of paper are attached: \_\_\_ Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g., Additional Defendants 2.c., 2.d., etc.)**

## JURISDICTION

The Court has jurisdiction over this action under 28 U.S.C. § 1331.

3. This employment discrimination lawsuit is based on (check only those that apply):

    a. <u>X</u> Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et. seq.*, for employment discrimination on the basis of race, color, religion, gender, or national origin. **NOTE**: *In order to bring suit in federal district court under Title VII, you must first obtain a right to sue letter from the Equal Employment Opportunity Commission (EEOC).*

    b. <u>X</u> Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et. seq.*, for employment discrimination on the basis of age (age 40 or older). **NOTE:** *In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission (EEOC).*

    c. \_\_\_ Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et. seq.*, for employment discrimination on the basis of disability. **NOTE:** *In order to bring suit*

Title-VII-Complaint

*in federal court under the Americans with Disabilities Act, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission (EEOC).*

d. ___ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, *et. seq.*, for employment discrimination on the basis of a disability by an employer which constitutes a program or activity receiving federal financial assistance. **NOTE**: *In order to bring suit in federal district court under the Rehabilitation Act of 1973, you must first file charges with the appropriate Equal Employment Office (EEO) representative or agency.*

e. _X_ Other (Please describe.)

(1) 42 U.S.C. § 1981; (2) MN Human Rights Act. (3) __ MN Fair Pay Act; (4) MN

Whistleblower Act; (5) __ 18 U.S.C. § 216(b);

4. If you are claiming that the discriminatory conduct occurred at a location other than the defendant's address above, please provide the following information on where the conduct occurred:

| 658 Cedar St. | St Paul. | MN | 55155 |
|---|---|---|---|
| (Street Address) | (City/County) | (State) | (Zip Code) |
| 450 Energy Park Dr. #350, | St Paul. | MN | 55108 |
| (Street Address) | (City/County) | (State) | (Zip Code) |

5. When did the discrimination occur? Please give the date or time period:

From June. 2010 to Present

## ADMINISTRATIVE PROCEDURES

6. Did you file a charge of discrimination against the defendant(s) with the Equal Employment Opportunity Commission or other federal agency?

a. _X_ Yes Date filed: May 10, 2023

b. ___ No

7. Have you received a Notice of Right-to-Sue Letter?

a. _X_ Yes **If yes, please attach a copy of the letter to this complaint.**

b. ___ No

Title-VII-Complaint

NATURE OF THE CASE

8. The conduct complained of in this law suit involves (check only those that apply):

   a. X Failure to hire me

   b. X Termination of my employment

   c. X Failure to promote me

   d. ___ Failure to accommodate my disability

   e. X Terms and conditions of employment differ from those of similar employees

   f. X Retaliation

   g. X Harassment

   h. X Other conduct (please specify): Defamation and Libel

   i. Did you complain about this same conduct in the charge of discrimination, referred to in number 6 above?

       X Yes    ___ No

9. I believe that I was discriminated against because of my (check all that apply):

   a. X Race

   b. X Religion

   c. X National origin

   d. X Color

   e. ___ Gender

   f. ___ Disability

   g. X Age (my birth year is: 1967 )

   h. ___ Other (please specify):_____

Title-VII-Complaint

i.  Did you state the same reason(s) in the charge of discrimination, referred to in number 6 above?

X  Yes        ___No

10. The following statements are true and genuine to the best of my abilities.

### Introduction

11. My name is Barnabas Yohannes ("Plaintiff") and I am an African American, citizen of the State of Minnesota. I'm originally from Eritrea, East Africa[1]. My current address is: 2852 39th Ave S, Minneapolis, MN 55406.

12. Minnesota IT Services ("MNIT"[2] or "Defendants") is the governing body of all IT related services of all State of MN Agencies. Its address is: 658 Cedar St, St Paul, MN 55155.

13. I have been an Employee of the Defendant for over 16 years (Dec 2006 to Aug 9, 2022). I have worked at the Pollution Control Agency (PCA) for about 10 years as an Information Technologist 3 (ITS3) and less than 1 year at MN Department of Transportation ("MNDOT") as an IT4 until I was fired from my job on Dec. 2016 on a false pretext. When I threatened to sue them, they hired me back. On February 28, 2018, I was re-hired at the Office of Higher Education ("OHE"[3] or "Customer"[4]). On January 2021, MNIT hired a new supervisor, Rich Westgard. After he continually threatened to fire me, on March 2021, I filed a lawsuit.

14. Briefly:

    I.    On February 12, 2021, I filed a complaint at EEOC for Defendant failing to promote me;

    II.    On Mar 03, 2021, EEOC sent me a Notice to Sue;

    III.    On Mar 03, 2021, I filed a lawsuit at the United States District Court of Minnesota (Case No. 21-cv-00620).

    IV.    This case was scheduled for a jury trial for November 18, 2022.

---

[1] I came to USA in March 1991. At that time Eritrea was a state in Ethiopia.

[2] Pronounced "Min-it"

[3] Pronounced as "O-he"

[4] OHE is one of the agencies that MNIT serve.

        Title-VII-Complaint

V.  Before the jury could hear about their illegal activities, on August 9, 2022, Defendant fired me from my job on a false pretext.

15. This is an action for relief from Defendants' violations of Plaintiff's workplace rights, unlawful termination, and defamation. Defendants, moreover, blatantly violated both federal and state equal pay for equal work law, and then unlawfully retaliated against Plaintiff Barnabas Yohannes ("Plaintiff") for asserting his protected rights under these laws. Plaintiff learned that Defendants have been paying him less than all of his counterparts for 16 years, in violation of Minnesota's Fair Pay Act[5].

## Nature Of This Action

16. Plaintiff seeks injunctive and declaratory relief, compensatory damages, punitive damages, liquidated damages, unpaid wages and penalties, and his reasonable attorneys' fees and litigation expenses as remedies for Defendants' violations of his Federal and Minnesota statutory as well as common law rights.

## Background

17. On February 2018, MNIT offered me an ITS4[6] position at Office of Higher Education.

18. Joseph Valasek was my new supervisor.

19. He told me that there will be plenty of opportunities to grow and he was going to retire soon and I may apply for his position.

20. I was hired to support ColdFusion applications temporarily until it is upgraded to C#[7]. ColdFusion is 1990s web-application development software. After interviewing many candidates, since they could not find anyone that could support it, they hired me.

---

[5] https://www.revisor.mn.gov/statutes/cite/181.66
[6] Information Technology Specialist (ITS). ITS5 is the highest paid position.
[7] Pronounced "C-sharp"

Title-VII-Complaint

21. Steve Zweifel, whom I replaced, was an ITS5. He only had 5 days to train me ColdFusion before he retired.

22. I immediately brought myself up to speed and started supporting the ColdFusion Applications immediately.

23. MNIT then hired two white Contractors, Scott Fleming (as a software architect) and Colleen Adams (as a project manager), to upgrade ColdFusion to C#. The two of them in turn hired 8 more contractors. All 8 of them are from Eastern India.

24. Defendants were paying each one of the contractors at least $100,000/year.

25. For about 2 years, they could not produce one application that the agency could use.

26. For the first 8 months, after they struggled to write one application and failed, they came to me and asked me to write a sample application in C#. I wrote an application within 3 days and showed them how I did it.

27. They were so impressed and surprised how I was able to come up with a fully functional application that quick when they were unable to do it in 8 months.

28. I told them, the way they are trying to do it is wrong. But they refused to fix it.

29. I told Scott Fleming that they should start from Entity Framework. He had no clue of what Entity Framework is; so, he rejected my solution.

30. In his resume, Scott Fleming claims he has "Bachelor of Science, Electrical Engineering" and "Minor, Mathematics" from "University of Minnesota". There is no mention of what year he had these degrees. None of these has anything to do with Software Development. Moreover, in his resume, he claims he has "OMG Certified UML Professional – 2004". This simply means he is certified to interpret a diagram of Database tables and their relationships.

Admittedly, this has little to do with Software Development. But just a certification doesn't add up to a level of "Enterprise [Software] Architect".

31. Be that as it may, in his resume, there is no mention of any experience of hands-on Programming Software Development. Despite these facts, he gives himself 24 different titles. He calls them "Key Roles Expertise". He calls himself "Enterprise Architect", "Business Architect ", "Solutions Architect", "Information Architect", "Technical Architect", "Software Architect", "System's Analyst", "Business Analyst", "Project Manager", etc. None of these titles is given to him by any of his employers.

32. Similarly, during discovery at the federal court, Colleen Adams also admitted that she has not programmed one line of computer code in her entire life. She graduated in 1986 with an Associate's Degree from a two years college. Her degree is "Associates of Applied Science" –a field that has nothing to do with software programming. In her resume, she also claims that she has over 20 certificates in different fields, which, I believe are highly suspicious; but none of them has anything to do with Programming Software.

33. These are the people in charge of hiring and firing Software Developers. When they were looking to hire contractors, I have attended in two of their job interviews. They don't even know what to ask the prospective Software Developers.

34. I said to myself, why does MNIT hire people on the merits of race and skin color. Tremendous talent is being wasted simply because the talented person is black.

35. At the root of the problem is, due to widespread favoritism and nepotism, they hire unqualified and unskilled "Software Architects" and "Project Managers". Instead of letting the experts write their own software, these managers micromanage the software writers –they order them what to do and how to do it. Consequently, it takes many years; and millions of

tax payers' money is being wasted unnecessarily to upgrade a simple software. As we shall see this in retrospect, this has become a widespread pattern.

36. On February 26, 2019, I reported my concerns to Matthew Porett ("Matthew"), the Chief Business Technology Officer of MNIT. I offered him that I could help the contractors because the way they are writing the C# is like it is in the 90s. I told him, if the first button on a shirt is put on the wrong hole, all other buttons will go wrong.

37. Back at MNDOT, someone falsely accused me of something I did not do on Thursday and I was fired on the following Monday –I was off on Friday. My supervisor did not even listen to my side of the story. They simply fired me within 3 business days on a false pretext.

38. But, for these two white Contractors (Scott Fleming and Colleen Adams) they were given a year and half to fix their mess after I exposed them and offered them my help. They were not even fired. MNIT simply moved them to another agency.

39. Meanwhile, I sent over 10 separate emails reporting them to Matthew. He did not even acknowledge my emails, let alone reply to any of my concerns.

40. Finally, after giving them a chance to fix their mess for two and half years and wasting over 2 million tax payer's money, Defendant fired 6 of Indian contracts and they kept 2. Few weeks later, Defendants moved the two white project managers (Scott Fleming and Colleen Adams) to another agency within MNIT. Before they were moved, they converted two of the contractors to full time.

41. The Customer (OHE) was so frustrated with MNIT, they hired their own software contractors to upgrade their ColdFusion applications.

42. On January 2020, MNIT hired a new supervisor to replace my supervisor, Joseph Valasek. The new supervisor's name is Rich Westgard.

Title-VII-Complaint

43. Rich Westgard and Thomas Sanford (customer from OHE) then came to me to do the upgrade. I was able to present a fully functional application within 1 week.

44. When I was hired, Joseph Valasek had told me that when he retires, I could apply for his position.

45. On January 2020, Joseph retired. His position was never open for a competition. Rich Westgard simply showed up out of nowhere.

46. Before the contractors were disbanded, when they failed to make any progress, they asked me to do one application before the deadline. The app is for student exchange or reciprocity program. The schools were waiting to use that application for 2020 school year.

47. I took the project. While I was doing the project, they sent Juveria Azeem ("Juveria") to test my application. She was hired as a contractor by Scott and Colleen. Her position was a tester (sometimes called "analyst" or "Quality Assurance" or "QA").

48. After I did the project successfully before the deadline, on July 10, 2019, they changed her position description from tester to ITS5. This position was also not open for a competition. They simply converted her from a contractor to a full time for simply testing the application I wrote. I saved them from a total embarrassment before the schools open. Based on my performance, they awarded Juveria a permanent ITS5 position.

49. Few weeks later, one morning, Scott and Colleen didn't show up. After finishing a standup meeting, as I was leaving, I overheard Juveria making harassing comment about me very loudly with the other Indian contractors. She did not harass me when she was a contractor and when I was training her. Now, she is ITS5 and I, her trainer, still am ITS4, she feels she's superior to me and she can humiliate me in front of the other Indian contractors. I reported this to Rich Westgard; but he did not do anything about it.

Title-VII-Complaint

50. On May 1, 2019, the news reported that MNIT has wasted more than $100 million to modernize the antiquated the software of Minnesota Licensing and Registration System (MNLARS)[8].

51. I reported to Matthew that the application that the contractors are writing at OHE is a big piece of junk. Unless an immediate action is taken, another failure like MNLAR is taking place right here right now at this agency. I wrote to him about 10 emails over 8 months.

52. At the time I sent him these emails, I have worked for MNIT for over 10 years. 9 of those years I was ITS3 and 1-year ITS4.

53. In my opinion, a tester is way below ITS3. A high school graduate could do the testing of an application. They offered Juveria the ITS5 from a tester --she didn't even have to ask for it. Moreover, she didn't even have to go through ITS3 and ITS4.

54. Her position description was kept secret from me. I do not know if she was hired as a fulltime ITS3 or 4 or 5. When she started, she was hired as a contractor. Since she was only testing what contractors were writing, I thought she might have been hired as an ITS3. But it sounds like "thank you for wasting 2 million dollars of tax payers' money; congratulations, you are an ITS5 from now on."

55. I had to spend many hours training her ColdFusion, Database, and C#. Despite these facts, I am still an ITS4 and she is an ITS5. I have seen her struggling to writer simple codes. Whenever she is given a project, she says, "I will finish this working from home."

56. Covid 19 is her lucky break. Now that she can work from home, she can outsource the code. She said that her husband is an experienced software developer. I believe, whenever she is stuck, he helps her. In my 25 years of experience, I have seen many contractors from India

---

[8] https://www.twincities.com/2019/05/01/mnlars-should-be-scrapped-experts-say

Title-VII-Complaint

taking a contract from companies in USA and outsourcing it to India without telling the companies.

57. On or around February 2020, there was another ITS5 Job opening at this Agency.

58. In one group meeting, Rich Westgard mentioned that he was looking for a similar position as Juveria. He never mentioned that he was looking to hire an ITS5.

59. I asked him via an email if he had advertised it. He emailed me back with a number. When I searched that number, I could not find it in the career website. I told him I could not find it. I specifically asked him the link to the website. He did not even reply.

60. Later, I found out as soon as I asked him if I could apply, he immediately closed the job opening on the website before I could apply. Basically, he opened it and closed it within 5 days. Most job stay open for at least a month so that MNIT may find competitors.

61. About a month later, in May 2020, he sent an email that he has hired Stephen Walter. Nobody else could compete with him because he was the only applicant that was allowed to apply within that 5-day window. Stephen Walter is, on information and belief, white Caucasian American.

62. MNIT policy is that all new jobs are first advertised on the local group via email. If no one applies, it gets published on the public website. At OHE, there is a website where job openings are listed. Rich Westgard never sent an email to the local MNIT employees. He has never advertised it on OHE's website. He claims, he had interviewed Stephen Walter and hired him. As we shall see later (@¶111), he doesn't have any qualification or skill (educational or hands-on) to interview one of the most complex and most difficult fields, software engineering.

Title-VII-Complaint

63. Next, I asked Rich Westgard that I had to update the chart (pictured below) with job description of each MNIT employee at OHE for one of the applications that I was writing for the customer.



OFFICE OF HIGHER EDUCATION



64. That's when I found out that all white MNIT employees at OHE were ITS5. I was the only black employee and I was the only ITS4 doing the most complex applications that all other ITS5 had failed to do.

65. According to this chart, Juveria Azeem (hired on July 10, 2019), Stephen Walter (hired on May 2020), Gina Miller[9] (hired February 1986) and, Barney Yohannes[10] (Hired on December 2006) are all MNIT Developers/DBA. The only difference is all of the white employees (Azeem, Walter, and Miller) are ITS5 from day one and the only black employee, Plaintiff, who has worked as an ITS3 for 10 years, is now an ITS4 for the past two years.

---

[9] Gina Miller does not write applications. Her job is supporting Ingress Database.
[10] That's Plaintiff.

Title-VII-Complaint

66. During discovery at the federal lawsuit, Matthew Porett admitted that Stephen Walter has not produced one single software application in the past year and half that he has been working at this agency. He specifically said that "he is not a C# programmer". He also admitted that he is not a ColdFusion programmer. Plaintiff is the only programmer that's ITS4 in this agency. But he is doing the most complex C# applications that were given to the contractors that wasted over 2 million dollars and the oldest applications (ColdFusion) all at the same time –the whole software lifecycle, from scratch to all the way of deployment including their databases and reports without any help from others.

67. For OHE, I have built at least 5 applications in C# from scratch. I am the architect, the creator, the tester, the implementer, and the post implementing supporter. I also have built at least 10 legacy applications using ColdFusion from scratch. OHE hired 10 contractors to do just one application in C#. But, after struggling for 2 years and wasting over 2 million dollars of tax payer's money, they could not produce one single application in C#. In contrast, I wrote 5 C# applications alone in much shorter time.

68. If I was white, Rich Westgard would have called me in his office and promoted me to ITS5. I have seen that happening over and over again with white employees. They don't even have to ask for it; they just get promoted.

69. On the other hand, what do I get for doing such a great job? Constant threats, humiliations and harassments.

70. The Equal Pay Act requires that men and women in the same workplace be given equal pay for equal work.[11]

---

[11] https://www.eeoc.gov/statutes/equal-pay-act-1963

Title-VII-Complaint

71. When Rich Westgard came to OHE, he did not introduce himself to us. I thought he came to replace Scott Fleming after he failed produce any application for two years.

72. Two months later, he told me that he is my new supervisor.

73. He ordered the System's Administrators that my laptop should go offline in less than 5 minutes.

74. One day, when I was doing my presentation, I was saying, "there are more than 2000 schools in this application. I have made a very powerful single page search engine to filter out and get one result even if you misspell the name…", He suddenly interrupted me and asked Gina Miller: "Gina, are there 2000 colleges and universities in the State of MN?". She replied "I don't know, I thought may be about 200". As I continued my presentation, he interrupted me once again and said, "I have access to the code he is talking about… I can see it, there are about 200 schools in that database". He basically called me a liar in front of everybody at the meeting. After the meeting, I sent him an email with a picture of the database with more than 2000 colleges. He did not even reply or apologize.

75. On the contrary, starting from day one, during each of our one-on-one meetings, he tells me "What you do for this agency is pretty basic… I could hire a high school student to replace you". He says these and similar derogatory comments over and over again by emails, text chats, and verbally.

76. Whenever I ask him, "What about the C# applications that I wrote when all your 10 contractors failed to do it?", he had no answer.

77. In the past 16 years working for MNIT, I have lost my job twice under similar circumstances[12]. Reporting to the Human Resources ("HR") did not help.

---

[12] From MPCA and MNDOT.

Title-VII-Complaint

78. I reported these degrading harassments to HR. HR sent a mediator and advised him to stop harassing me. But he did not stop.

79. About a month later, they moved him to another agency. I thought all the threats, humiliations, and degradations would be over and I could finally concentrate on my job and be enable to discharge more effectively my subtly appointed, highly expected, and continually multiplying duties.

80. But MNIT made him to control me remotely from that other agency. A war of Dark Ages ensued, so to speak. A war to either move onward towards Modernization or to retreat and go backwards towards the Dark Ages.

81. After I built a fantastic application for MN Board of School Administrators ("BOSA") in C# and I showed my app to Tony Kinkel, the Executive Director at Minnesota State Board of School, he was very impressed and very happy. In the previous year, due to its urgency, I had built it quickly in ColdFusion. After a number of failures, I promised him, "on the next school year, I will build it with feminine beauty and masculine strength." He was very happy and told Rich "I like your employees… if you can do that, I will give you a Christmas gift!". That's exactly what I did for the school year 2022. After he saw my C# application, he was very impressed. In USA, there is a culture of "customer is always right". On the contrary, at MNIT, customer is not always right –someone that has no clue of software development is always right.

82. During the discovery, Rich admitted that our customer, Tony Kinkel, was so impressed by the application, he said "where was this application? I love it" (something to that nature). The US Bank also agreed that the Credit Card transaction with C# is fast, secure and seamless than ColdFusion. With ColdFusion, a hacker can easily break into computer

systems and steal, change or destroy information, often by installing dangerous malware. That malware is very simple –any programmer can write it. MINIT's ITS5 (Juveria) has admitted this fact during discovery (see ¶84).

83. In or around June of 2020, OHE's Self Loan application was hacked. I was forced to work over 90 hour per week to clean it up. When I asked Rich Westgard if I could take time off for the over time I worked during the previous week, he refused. That's when Juveria came to help prepare BOSA application school year 2021.

84. Towards the end of 2021, Matthew Porett announced that Rich has left OHE. After Rich Westgard left OHE, I thought I could prepare and present my C#[13] code to the customer and let customer decide. But, once again, Rich came back from another agency to supervise me for BOSA. His only purpose is to rejected the C# application I wrote. That's exactly what he did. I believe, he rejected the C#, in retaliation for my federal lawsuit. If I was allowed to do that application, I'd have gotten the recognition I deserve. I have no doubt, that application would have become a standard to replace all of MNIT's antiquated applications.

85. Be that as it may, in the end, Rich asked Juveria to continue to use the ColdFusion application that I wrote for the previous years. During discovery at the federal court, Juveria admitted that ColdFusion is not secured application. She admitted that if malicious users put a simple computer code on any one of the forms, they can wreck the entire application havoc. They can use its action section of the code in their own code and run their application in a loop and totally destroy the application and the database. They can also have full control of it with simple code. I've told this danger to Matthew Porett and Rich Westgard. But, as long

---

[13] See this similar application you YouTube https://www.youtube.com/watch?v=Txncdeckq0

Title-VII-Complaint

as they can discredit me, they did not care about the security of the high school teachers or the tax payers.

86. BOSA is an application that deals with the US Bank credit card transactions of high school teachers. In the previous two years (2020 and 2021) when I was supporting it, over five thousand high school teachers have paid to renew their licensing applications using that software.

87. No doubt, high school teachers are the foundation of our civilization. The future of our country and the future of our children is built on their shoulders. Children are the most precious treasure a community can possess, for them are the promise and the guarantee of the future. They bear the seed of character of the future society, which is largely shaped by what adults constituting the community do or fail to do with respect to children. In whatever direction we shape them today, they will follow. This is an unquestionable fact which no impartial observer can ignore or deny. Therefore, the teachers deserve the highest appreciation and best service from the public servants. They do not deserve pressure from school administrators. It is enough that they are dealing with the other pressures. But, instead of using the most easy, the most advanced, the most secured C# application I wrote, Rich Westgard and Mathew Porett chose the most difficult, the most primitive, the most unsecured, and the most outdated application --ColdFusion. Apparently, as long as they can discredit me, it doesn't matter if all five thousand teachers' personal identifiable information is compromised and their identities are stolen.

88. I have no doubt, in the near future, MNIT will pay millions of tax payers' money to upgrade the ColdFusion I wrote for BOSA from ColdFusion to C#. This is the money that the

Title-VII-Complaint

underpaid high school teachers would appreciate if it was used for other better programs to make their hard work and life easier.

89. Rich Westgard by now should have known better. He has seen me that I was able to do what all 10 contractors (including Juveria) had failed to do for about two years. I have done numerous applications alone within few months and I was able to present fully functional applications to Thomas Sanford and BOSA in C#.

90. At the time I was fired, I was the only programmer that is ITS4 in this agency. But I was doing the most complex C# applications that were given to the contractors and the oldest applications (ColdFusion) all at the same time.

91. During discovery, both Mathew Porret and Rich Westgard have testified under oath that no one at OHE has ever written an entire lifecycle in C# application except me.

92. This appears to be a pattern. About 10 years before this lawsuit, at Pollution Control Agency, I was the only one doing the oldest legacy applications (Power Builder) and the latest cutting-edge applications (C#) at the same time –exactly the same with what I am doing now at OHE.

93. When all 10 contractors combined failed to produce one application, I am doing it alone. There is no one in this agency that could do this except me.

94. Again, Thomas Sanford asked me to write another application in C# and I did it within 10 days.

95. Yet, again, Rich asked me to write another application (ColdFusion and C#) for MN Board of School Administrators ("BOSA"). There also I did it within 3 months. Now, BOSA is another agency.

Title-VII-Complaint

96. When they found out this, they (Rich, Juveria, and Stephen) denied me from accessing any of the Databases, to which I previously had easy access for over 10 years. They told me, write this application; but we are not going to give you any Database Access. It's like telling Beethoven to write his masterpiece music while he is deaf. Did he? Yes, he did[14] and so did I.

97. I believe, the reason why Rich Westgard denied me the access to the Database is because he wants me to teach Juveria and Stephen how to do it. He did not have to go there. During discovery at the federal court, Juveria had admitted that I was always available, always willing, and always capable of showing her everything I know.

98. When you bury a seed, it becomes a tree. Despite this fact, I did both C# works (BOSA and for Thomas) within 10 days. I wrote these applications without accessing the Database.

99. Maybe they did not know that I could download a community version of SQL Server on my personal laptop and do it there with sample data.

100. Whenever I tell Rich "Why am I denied access to the Database and you want me to write apps in Database? What kind of security are you trying to achieve by denying your own programmer access?", he simply says "I understand" and does nothing.

101. At the same time, I am supporting the most difficult ColdFusion applications. OHE's staffs are asking me to make changes to the application daily and hourly nonstop. This is a legacy application that was popular in the early 90s. There are not too many people in the world that know how to program it.

102. I spent 2 years training Joseph Valasek how to program ColdFusion. Later on, he trained Juveria for about a year before he retired.

---

[14] At the age of 40, Beethoven was completely deaf, yet this was when he wrote his most famous symphony – Symphony No. 9, also known as The Ninth.

103. Since I was hired at OHE, there have been 3 positions[15] that I am qualified for. But, because I am Black, I was not even considered for any of these positions. None of them were advertised on the internal or external job boards.

104. Then, towards the end of 2020, for my annual self-review, I wrote, "I believe, my Position Description (ITS4) doesn't match [with] my work. I believe, I've been a Full Stack Application Developer for over 10 years. Therefore, my Position Description should have been ITS5."

105. Rich scheduled and canceled my annual review about 5 times. Then, he simply said, "I will schedule it later" and never did until I filed a complaint at EEOC and the federal court.

106. He finally sent me his annual review totally ignoring my request of promotion.

107. I contacted the HR and reported to them that my Position Description ("PD") doesn't match with my skills and qualifications.

108. The HR told me they will intervene; and, if they find out my PD is ITS5, they will promote me. Moreover, if they find out my PD is ITS3, they will demote me. They also said that Rich Westgard is the one that decides.

109. This is the same Rich Westgard that calls me with degrading names, such as "I'll hire a highschooler to replace you"; "what you do for this agency is most basic coding"; "I am highly disappointed that I'm paying you at an ITS4 level and you make such and such simple errors", etc. over and over again.

110. Despite these facts, I agreed to either be promoted or demoted under Rich's supervision and judgement. But the HR simply gave me a runaround.

111. That's exactly the reason why I filed the complaints at the EEOC and the federal court.

---

[15] Give to Juveria Azeem, Rich Westgard, and Stephen Walter.

Title-VII-Complaint

112. During discovery, Rich admitted that he doesn't know ColdFusion; he doesn't know C#, he doesn't even know basic HTML programming (the lowest form of programming).

113. He claims he had taken some training in Database. But, when I asked him what's the difference between variable table and temporary table in SQL, his answer is "a variable table is a table that is variable and a temporary table is a table that is temporary". He simply repeats my question as his answer like a parrot. Evidently, he doesn't know what he is talking about. Someone that doesn't know the answer to such simple question is unqualified and unskilled to program Database.

114. Then, I asked him "would you fly in an airplane if you know the pilot is being micromanaged by someone that doesn't know how to fly an airplane?" He, immediately answered, "of course not!". This is exactly why MNIT has wasted over 100 million dollars to upgrade MNLARS and 2 million dollars to upgrade OHE.

115. During discovery, Matthew Porett admitted that Stephen Walter, whom they hired as an ITS5, did not meet the minimum requirement of the job description, namely, C# programming.

116. C# is a programming language that the contractors failed to produce (see ¶40 and ¶50 above). For this reason, C# is very critical for upgrading OHE's outdated and unsecured ColdFusion applications.

117. MNIT simply promoted him to ITS5 because he is white and they refused to promote me to ITS5 because I am black.

118. Matthew Porett said that he is trainable. Basically, he expected me to train him C# and ColdFusion because I am the only programmer at OHE that knows both languages and has written numerous full lifecycle applications with C#.

119. During discovery, it was proven that Stephen Walter has about 10 years of experience. Juveria Azeem also has about 10 years of experience. But, I have over 20 years of experience.

120. Juveria claims she has 28 certifications from different schools. We, programmers write computer codes by googling, copying, and pasting. To pass one of these certificates is extremely difficult because they ask you to write computer codes from your own memory. So, I immediately knew that these claims of certifications are fraud. When I asked MNIT to produce them, they could not produce one certificate. They simply said, "we don't have it". I believe, all of these claims of certification in her resume are fraud. I believe, in order to make her look more qualified than me, MNIT hired her as an ITS5 knowing the fact that her claims of certifications are fraud. As I've mentioned it earlier (@ ¶56), I believe, her performance at OHE is also fraud because she is outsourcing the code of OHE's applications.

121. When they knew they were going to lose the lawsuit, in retaliation, they conceived a number plots against me and accused me with elaborate scheme.

122. On March 28, 2022, MNIT and I had a settlement conference regarding the lawsuit. They offered me to just get 4 months of salary provided that I resign from my job and never apply again. I refused.

123. Few days later, they told me that they wanted to change all laptops of MNIT employees. They took my old laptop and gave me a new laptop.

124. Little did I know, within few days, they'd use that old laptop as a pretext to get me fired from my job.

125. To give it some kind of credibility, they hired attorney Michelle M. Soldo to wreak their vengeance upon me.

Title-VII-Complaint

126. As we, all MNIT employees, were working from home due to covid, one day, on or around June 1st, 2022, MNIT HR called me and told me to shut down my work laptop and immediately return it to the office. I did.

127. About a week later, Attorney Soldo called me and told me that I was under investigation for violation of a number of MNIT policies. Therefore, they decided to put me under administrative paid leave. They also offered me to use one month from my vacation. I took it. This is the vacation that I was forced to accumulate for over 4 years because they refused to give me when I wanted to take it (see ¶153 below). After I came back from my vacation, a day after my birthday, on August 9, 2022, they fired me.

128. The number one on her list of allegations was that I allegedly used the State-owned work laptop that was provided to me from MNIT to work from home to access pornographic websites. She alleges, I have used that State laptop to access and open for more than 1,500 pornographic websites.

129. I was so shocked and outraged; I immediately told her that "this is a lie and malicious in nature... The fact is, since MNIT has a very powerful antivirus and anti-porn defender, nobody could open any pornographic websites..." So, I offered her, "if you could open one pornographic website on that State laptop right now, I will resign right now... you only need one bullet to kill me, why do you have to use more than 1,500?"

130. She replied, someone else[16] is doing the investigation and these are just preliminary findings. Of course, she had to come up with an excuse because she knew they are lies.

131. These claims are absolutely preposterous. As everyone that works for the State of MN knows it, it is impossible to access pornographic websites with the State laptops. If anyone

_____

[16] A faceless and nameless individual(s) or companies that do computer forensic investigations.

Title-VII-Complaint

tries to do so. the website gets blocked. A lot of pornographic websites are also infected with virus and spywares. The user of that laptop could infect it with a virus without his or her knowledge. If a virus lurks in one State laptop. the network administrator gets notified immediately.

132. They also claim that I have sent computer codes from my personal laptop to the State laptop computer codes. This. ostensibly. means that, they have admitted that I do have a personal laptop. Why would I use State laptop to access pornographic websites when I have my own laptop? This doesn't add up. This is a fact that no impartial jury could ignore or deny.

133. If this case goes to trial, they will have to show to the jury if it is possible to open one pornographic website on a regular the State laptop. let alone 1500 pornographic websites.

134. Next, they claim they fired me because 8 anonymous customers have complained about my job performance. They wrote lengthy complaints allegedly said by these anonymous customers. But, during discovery at the federal lawsuit. I asked them to produce any proof of customers complaining about me. They could not produce one customer that complained against me.

135. During the Federal lawsuit discovery. I asked my last supervisor. Anne Sheridan. if she has heard any complaints against me from the customers. She alleges that I have disrespected Brenda Larter (OHE) on some occasions.

When I asked her "how did I disrespect her?" her answer was "she gave asked you to do some tasks. and there were errors".

I asked her. "how is that disrespect?" She replied "that's what I saw."

I asked her, "Was it bullying?". she said "No";

Title-VII-Complaint

I asked her, "Was it shouting", she replied "No".

I asked her, "Was it threatening?", she replied "No".

I asked her, "Did I talk in a hostile tone?" she replied "No".

I asked her, "Did I say saying inappropriate words or statemen?" she replied "No".

136. In 4 and half years that I have worked at OHE, there have been 3 annual reviews. None of these annual reviews mentioned about customers complaining about my performance.

137. In fact, on April 19, 2020, Winnie Sullivan (Deputy Commissioner at OHE) and Sheila Price (OHE) wrote to Rich Westgard a brief private email recognizing my hard work and appreciating my dedication. He shared that communication with me.

Ms. Price wrote:

"Barney's hard work has impacted our agency in a positive way during a very difficult and busy time for all of us and especially the students we serve."

And, Ms. Sullivan wrote:

"During this time of uncertainty [covid 19], it is always great to hear how OHE teams are pulling together to get the job done. Thanks, Bernie for your undivided attention to SELF's time sensitive request, and Kudos to the entire MNIT team for taking the extra steps to ensure that OHE's systems are up and running properly and with the most related, timely information to our students and stakeholders."

138. This is just one complement out of numerous complements that I have received from the customers. Rich Westgard has never mentioned any of them in my annual review. He simply gave me whole sale of blames without any shred of proof or evidence.

139. BOSA is another agency I was not hired to work for. Rich Westgard asked me to write an application for them. I did it within 3 months. On the first the application worked reliably and efficiently. Some five thousand high school teachers paid their annual licensing fees

using that app. I wrote it alone without any help from anybody. I also supported it alone for that entire year (2020).

140. On the second year, because I was extremely busy at OHE, I asked Rich Westgard to ask Juveria to support the BOSA software. I was busy because OHE's ColdFusion application was hacked. It was attacked by some malicious users. The entire Self-Loan[17] application was exposed. A malicious user could exploit the vulnerabilities and totally destroy the entire database. For two weeks in a row, day and night, I was forced to work up to 16 hours a day to cleanup and fix what had been destroyed and to defend what had not been destroyed.

141. Then, I asked Rich Westgard if I could take paid time leave since I have worked overtime for the past two weeks. He refused.

142. While I was busy to fix Self-Loan, Juveria came to support the BOSA application I singlehandedly wrote. Regrettably, just as her work when she was a contractor was a total mess (see ¶40 above), her work at BOSA was also another big mess. Since I was the spokesperson for BOSA, I had to apologize to the customer (Tony) repeatedly. On my next annual review, Rich Westgard blamed all that mess to me.

143. The problem was, whenever a school pays for its teachers licensing fees, the Production Database that Juveria had exclusive access was not getting updated the right way. Then, when a reminder email is sent from that Database, some 400 teachers complain why they are being asked to pay again when they already had paid.

144. Whenever I asked Rich Westgard to give me access to the Production Database to fix it, he refused (see ¶94 above). As a result, I could not even see what is going on there. I have

---

[17] An application used for students to apply or pay for their student loans.

Title-VII-Complaint

told him repeatedly; how do you expect me to fix the problem when I am blindfolded. He doesn't even reply to these kinds of emails.

145. Once again, Rich Westgard gave Juveria Azeem the highest scores on her annual review.

146. I emailed him to schedule a meeting to clarify about the issue with BOSA that he blamed me on my annual review. On that meeting, he and I talked about 5 minutes. He interrupted me saying "I have another call...". Then, he said, he will have to schedule the meeting to another day. He never did.

147. Next, about a week later, Mathew Porret sent an email to all OHE that Rich Westgard is no longer working at OHE and Anne Sheridan will be his replacement temporarily until they find a qualified Software Project Manager.

148. Some two months later, Anne Sheridan had to complete the annual review that Rich had started. Since she knows nothing about the previous years of BOSA and OHE applications, she simply asked me to sign it. I did.

149. In fact, Matthew Porret admitted that all complaints were from the supervisors themselves; but he has not heard any complaints from the customers. The aforementioned is one of them –BOSA issue. Nevertheless, he failed to specifically explain the contents or the nature of the alleged complaints.

150. Now, MNIT is using the BOSA issue as their trophy from case to case, everywhere where they want to ruin my reputation and add to their justification to fire me.

151. The next allegation they brought was about me violating vacation procedures. They accuse me of taking off some hours as my sick-leave, but not reporting them on my timesheet.

Title-VII-Complaint

152.    It's true that I have told my supervisor, Anne Sheridan, that I could not make it to some of the meetings because I was sick. But, withing the same pay period, I had worked overtime to compensate the hours that I did not work. So, on my time sheet, I reported it as 40 hours a week because I already had spent additional time on the job to make up for a brief absence from work earlier in the work week.

153.    The work arrangement is that if I take off few hours a day for any reason, I could make up my hours within the same two-week pay period. Everybody has flexibility of hours. That way, I have worked all the hours I took off. That's how I have been working for 16 years at MNIT.

154.    There have been times when I received 40 emails a day requesting a support at OHE. I must address all 40 of them before the end of the day. I've automated many of the applications to reduce my workload.

155.    For four and half years that I had I worked at OHE, my supervisors have refused me to take all of my vacation at the same time. Their excuse was "Since no one else can support the applications you support, we can only give you 2 weeks of vacation at a time". Thus, I have been forced to accumulate my vacations for 4 years until I finally was forced to donate my vacation to other people that need vacation.

156.    At the time they fired me, both my sick leave and vacation hours were way over the annual limit.

157.    After Anne Sheridan became my supervisor, she deliberately gives me jobs that are extremely big and complex and asks to finish them within 5 days. That's the reason why I had to work overtime.

158.    One time, she asked me to change 2,500 pages of computer code applications. Each page has thousands of lines of codes. I must step through each line of code and make the changes without making errors that could affect other pages. She only gives me two days to complete this colossal task. Before I could complete it, she lines up another 10 similar complex tasks. Thus, I am forced to work overtime without pay or time compensation.

159.    If I ask her to take my own time off from the vacation time I had accumulated, she tells me, "You have a lot of work to do... customers are waiting; therefore, I am not going to give you a vacation...". The last time she did that, I was forced to negotiate with her to cut down my vacation from plan from 35 days to just 12 days (March, 2022). This, I believe, is in retaliation of my federal lawsuit.

160.    While the entire State Employees have one website app to report their timesheet, my supervisor, Anne Sheridan, gave me a separate spreadsheet to write down every minute of my time, because, she claims, "Thomas Sanford (a customer) wanted to know the average of how much time I was spending on each web application".

161.    This is a lie. Obviously, this plot is in retaliation of my federal lawsuit. Thomas Sanford never asked her this. During the discovery of the federal lawsuit, she admitted that she has never sent the spreadsheets to Thomas Sanford. She claims she had told him verbally of all the minutes I spent on the website one by one.

162.    Thomas Sanford has no time to listen to what I had spent for all the minutes I spent for the past month. I know this fact, because when I was writing applications for him, he always tells me he's extremely busy. Whenever I want show him a presentation of my code, I had to make sure everything is prepared and ready. He only gives me his suggesting in about 5 minutes and leaves. If my app is slow, he had to leave and schedule it for another day.

163. At first, I thought the purpose of this was just to get the average of the time I spent writing web applications. So, I thought it was over. But she deliberately waits for a month. Then, she asks me to write down all of the hours and minutes I spent on writing applications in each workday in separate spreadsheets from 8am to 5pm of each day for the past month. I told her, since a month has already passed, I'd just write what I could remember for each minute of all the days I spent working for the web application projects... I could only write what I could remember.

164. Later on, she added that I should write down all the minutes I spent for breaks, lunch hours, emails, telephones, etc. to that list.

165. Then, again, she added, I should never communicate with anybody via email unless I carbon-copy her.

166. Obviously, she was looking everywhere desperately to find a pretext to fire me. None of my peers, to whom she supervises, are asked to do anything like this. During discovery, Matthew Porett admitted that none of the 5,000 MNIT employees required to do their timesheet this way. I was targeted because of my race, my color (black), and my whistle blowing too higher managements, to EEOC and to the Federal Court for all their illegal activities.

167. She never mentioned that there were discrepancies between the spreadsheet and the website until I was fired.

168. The fact is, I have worked many overtime hours in afterhours and weekends that I did not report on both timesheets. There have been many days that Juveria and I had worked until 2am in the morning when the website is down. Anne Sheridan knew this because, on many occasions, she had called me at 5am in the morning to tell me that the website was down and

she wanted me to work on it before the office opens. She could see my computer from her computer when I am online working day and night. I did not write any of these hours on my timesheet because she only asked me to write what I had done during the time of 8am to 5pm.

169. Next, they claim, they fired me because I've forwarded computer codes from my work laptop to my personal computer.

170. First of all, the whole world of programmers knows that we all copy and paste code from other websites. There is no MNIT policy not to do so. It would be impossible to memorize millions of computer codes.

171. I have a collection of computer codes on my personal computer that I have acquired from my trainings and other applications I wrote for other companies. In fact, I have a YouTube channel that I share my skills with the world.[18] I did not see any difference between copying and pasting code from websites or forwarding the code from my personal computer to my work computer.

172. Second, as mentioned above, Rich Westgard has instructed Juveria and Stephen not to give me any kind of access to any Database software (see ¶94 above). He also made sure that my work computer was also going into a black screen saver mode in less than 5 minutes. I was forced to type in a long complex password each time to log back in. Therefore, I was forced to do a lot of my research and development on my personal computer. I've told this to Rich Westgard and he was fine with it.

173. In fact, I have shown him presentations on my personal computer on many occasions. I have shown him the applications that I was working for a restaurant and others.

---

[18] https://www.youtube.com/channel/UC9BxeUrHJfPzUtUJI_IfAFY5Q

Title-VII-Complaint

174.    Next, they accused me of displaying lack of respect for my supervisor, Anne Sheridan.

175.    At the beginning of their investigation, the HR and attorney Soldo had made me declare to tell the truth.

176.    During my federal lawsuit investigation, Anne Sheridan admitted that she has never programmed one line of computer code in her entire life. She also admitted that she was micromanaging me of what to do and how to do it.

177.    When I asked her "would you fly on an airplane whose supervisor is a singer, say, Elvis Presley, who has never flown an airplane in his life… he neither have the skill or the qualification to fly an airplane…and if he micromanages the pilot?"

178.    Her reply was, "I know where you are trying to go, could you please change that question?". Then, she finally agreed that she would not fly on that plane.

179.    Based on this fact, when attorney Soldo asked me what I think of Anne Sheridan, I told her she is not qualified to supervise me or any other programmers. That's exactly the reason why MNIT has wasted over 100 million dollars to upgrade MNLARS (see ¶50 above) and 2 million dollars to upgrade OHE (see ¶40 above). Both of these were a total failure of MNIT. MNIT is repeating the same pattern[19] over and over again. This is exactly what Attorney Soldo used as me being disrespectful to Anne Sheridan.

180.    Finally, Defendants claim the reason they fired me is because I shared a video of an application on YouTube.

181.    When my employment condition at OHE was intolerable, I applied for another job opening at another MNIT agency --MN Department of Corrections ("DOC"). So, I created a

---

[19] A pattern of racism, favoritism and nepotism.

Title-VII-Complaint

private YouTube video and shared it with them. It was not open to the public. The application had obvious fake names and addresses.

182.    I shared that video with DOC to show them what I could do for them. That application was rejected at OHE (see ¶81 above). It is a C# software that I developed on my own personal computer. The only thing that MNIT may claim to own is a logo on that video. It is an image of 3 people. Except DOC and MNIT lawyers, nobody has seen that video.

183.    As soon as MNIT found out, they called me and asked me to remove it. I told them, this is my own software and I showed them the data shown there are noticeably fake --like "Test Last Name", "Test First Name", etc. They were quick to point out the logo. I did not argue, I agreed and removed the video right away. This is the excuse they are using now to fire me.

184.    Once again, the fact that I was displaying computer codes on YouTube using my personal laptop undermines their orchestrated hoax that I was using the State's laptop to access pornographic websites for more than 1500 times. Why would I use State's laptop when I have my own laptop to write computer codes and display them on YouTube?

185.    MNIT has progressive disciplining policy for all its employees. But I was not given that chance because, I believe, they want to retaliate for my whistleblowing to higher managements, EEOC, and the Federal Court. Mainly, they had to rush to fire me before the jury could hear about their illegal activities.

186.    The Federal case was scheduled for a jury trial for November 18, 2022.

187.    On August 9, 2022, MNIT fired me from my job.

188.    After I was fired, since there was no point of pursuing the federal case I filed for promotion, I dropped it.

189.    I immediately applied for unemployment benefits. Still unsatisfied by all the

humiliations they had heaped upon me, they filed a motion at the unemployment court to stop my benefits. They presented to the court an excel spreadsheet with a compilation of thousands of pornographic websites. I searched 3 random data on google from the excel spreadsheet they had compiled. They are video recordings of extremely graphic and explicit sexual acts. They accused me of visiting all these thousands of websites on the State laptop they gave me to work from home. They did not show the court the State's computer itself opening the pornographic websites. They simply sent an excel spread sheet on hardcopy papers. They also added about 5 pictures of women on the beach –none of them are pornographic.

190. I did not attend the hearing because I was sick and hospitalized. Thus, they succeeded. I was denied any unemployment benefits. I was also asked to repay them back all the benefits they gave me.

191. A month later, in or around September 2022, I found another job as an ITS5 that pays 20% more than the job they fired me from. After they offered me the job, I accepted it. I was very excited to start the new job. I thought, I could finally get away from that toxic environment and move on with my life with this new job. When they asked MNIT about my background, they told them the same lies that they had told the unemployment agency. Consequently, the prospective employer withdrew their offer.

192. A month later, on December 2022, I got another job offer from TATA Consulting (a private company) that pays 50% more than the job MNIT fired me from. They also withdrew their offer after checking my reference from MNIT.

193. This is defamation and libel. It's is illegal and unconstitutional.

194. Every time I do a job interview, the most difficult question is "why did you leave your

last job?". I don't know what to tell them.

195.    Then, again, I found another federal job with United States Department of Defense that pays 20% more than MNIT fired me from. I passed the intricate interviews. I was very excited to become a public servant again. Specially to serve the US army has been my early childhood dream.[20] Then, they told me that they will need the entire personal record from MNIT in order to get me "a public trust clearance". I simply withdrew because, if they find out all the lies that are in my personal record at MNIT, I will, not only fail the clearance, but also, I will never be able to apply for any federal job ever again. MNIT will also be forced to break the laws across state lines.

196.    The main reason why they targeted my income is because they to permanently cripple me financially so that I would not be able to afford the federal lawsuit I filed. Since I could not afford to pay for the transcripts of the interrogations I took during discovery, I was forced to drop the case.

197.    Now, unless and until my reputation is cleared, and my record at the MNIT is completely destroyed, I cannot move on with my life.

198.    All these malicious lies not only negatively impacted my reputation and career, it also negatively impacted my employability, dreams, and hopes.

199.    Ever since I have filed the civil lawsuit at the Federal court, they have progressively launched, relentlessly pursued, and meticulously executed all their schemes. They, who have

---

[20] In the late 1980s, the world was shocked when it was reported that 1 million people have died in Ethiopia due to famine. The black and white television was showing that starving people were left to die with nothing but skin and bones. I was one of them. In 1991 I came to USA. Right after I came to USA from that war-torn country (Ethiopia), my dream was to join the army to defend this great nation that saved me from hunger, war, and poverty that was brought by the bloody communists. In 1992, I went to join the army. But I was disqualified because I was underweight --my weigh (120lbs) was too low for my height (6ft). After I graduated from University of MN, in 1998, I applied again to join the army. But they told me I was too old. I was 31. Today, once again, my dream of serving the army has been shattered because the Defendants have tarnished my reputation with all these fabricated lies.

been secretly accumulating all these plots, were lying in ambush, watching for an opportunity to destroy and annihilate another black man, had, at long last, been afforded the pretext for which they were longing. Now they could accomplish their malicious purposes.

200. I have been forced to spend years and a fortune in order to get my reputation back from all these malicious lies.

201. Briefly, these are the sequence of the events that led to this lawsuit:

    i.    On February 12, 2021, I filed a complaint at EEOC;
    ii.    On Mar 03, 2021, EEOC sent me a Notice to Sue;
    iii.    On Mar 03, 2021, I filed a lawsuit at the United States District Court of Minnesota --Case No. 21-cv-00620 (PJS/KMM);
    iv.    On August 9, 2022, MNIT fired me from my job.

202. They rushed to fire me from my job before the case could reach to the jury.

203. In summary, it all started when I became a whistleblower. I wrote multiple emails to Matthew Porett offering my help to the contractors that came to upgrade ColdFusion to C#. But because I am black, he did not want to give me any credit or a chance to grow. That project was abandoned after the contractors struggled for 2 years and after 2 million dollars was wasted. Instead of facing their own problems, Matthew Porett sent Rich Westgard to harass me. When the constant campaign of threats, humiliations, and harassments was intolerable, I reported them to EEOC and; soon after, I filed a lawsuit at the federal court. Then, in retaliation of my lawsuit, they fired me from my job with all these fabricated lies.

204. Finally, it has become obvious, how these unscrupulous adversaries have leagued themselves against me, and are continually plotting to instill the venom of hate and malice into all my prospective employers that inquire about my background. With all their might, they are scheming to accomplish their malicious purposes. They want to permanently destroy my life and my reputation by making sure that I'd never find another job again anywhere.

                Title-VII-Complaint

Since I have been working for MNIT for the past 16 years, it is my only reference that is recent.

205.    That's how my 16 years of tragically unappreciated, always overworked, and way underpaid employment at MNIT ended.

## INJUNCTIVE RELIEF ALLEGATIONS

206.    No plain, adequate, or complete remedy at law is available to Plaintiff to redress the wrongs alleged herein.

207.    If this Court does not grant the injunctive relief sought herein, Plaintiff will be irreparably harmed.

## REQUEST FOR RELIEF

__WHEREFORE, Plaintiff prays for relief as follows:

1.  For declaration that the false background records of Plaintiff be permanently destroyed;

2.  For a declaration that Defendants' actions, policies, and practices as alleged herein are unlawful;

3.  For reinstatement of Plaintiff to MNIT as an ITS5;

4.  For lost wages, penalties and all other compensation denied or lost to Plaintiff by reason of Defendants' unlawful actions, in an amount to be proven at trial;

5.  For compensatory damages for Plaintiff's emotional pain and suffering, in an amount to

be proven at trial;

6. For punitive damages in an amount to be determined at trial;

7. For liquidated damages;

8. For interest on lost wages, compensation, and damages, including pre- and post-judgment interest and an upward adjustment for inflation.

Date: _July 20, 2023_

_Signature of Plaintiff (pro-se)_

Mailing Address    Barnabas Yohannes
2852 39th Ave S
Minneapolis, MN 55406
Cellphone Number    (651) 587-4750
by411@outlook.com

Title-VII-Complaint